FILED
8/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QADRY AUSTIN, a/k/a "Dre,"<br>JENNIFER SCIANNI,<br>KAPLAN MITCHELL,<br>MICHAEL NOLL, a/k/a "White Mike," and<br>REGINALD RICHMOND, a/k/a "Dabo" | No. 26 CR 283<br><br>Violations: Title 18, United States Code, Section 922(a)(1)(A); Title 21, United States Code, Sections 841(a)(1) and 846<br><br>**Superseding Indictment** |

## COUNT ONE

The SPECIAL APRIL 2025 GRAND JURY charges:

1. Beginning no later than in or around September 2024, and continuing until in or around May 2026, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a "Dre,"
JENNIFER SCIANNI,
KAPLAN MITCHELL,
MICHAEL NOLL, a/k/a "White Mike," and
REGINALD RICHMOND, a/k/a "Dabo"

defendants herein, did conspire with each other and with others known and unknown to the grand jury to knowingly and intentionally possess with intent to distribute and distribute controlled substances, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, 100 grams or more of a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and 40 grams or

more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

2. Before defendant REGINALD RICHMOND, a/k/a "Dabo," committed the offense charged in this count, REGINALD RICHMOND had a final conviction for a serious drug felony, namely, a conviction in Case Number 20 CR 308-8 (United States District Court for the Northern District of Illinois, Eastern Division), for knowingly and intentionally possessing with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), for which he served more than 12 months' imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**COUNT TWO**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 18, 2024, at Sauk Village, in the Northern District of Illinois, Eastern Division, and elsewhere,

JENNIFER SCIANNI,

defendant herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THREE**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 25, 2024, at Sauk Village, in the Northern District of Illinois, Eastern Division, and elsewhere,

JENNIFER SCIANNI,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about October 7, 2024, at Sauk Village, in the Northern District of Illinois, Eastern Division, and elsewhere,

JENNIFER SCIANNI and
QADRY AUSTIN, a/k/a "Dre,"

defendants herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT FIVE**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about October 21, 2024, at Sauk Village, in the Northern District of Illinois, Eastern Division, and elsewhere,

JENNIFER SCIANNI and
QADRY AUSTIN, a/k/a "Dre,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT SIX

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about November 14, 2024, at Chicago Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a "Dre,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT SEVEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about November 18, 2024, at Sauk Village, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a "Dre,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT EIGHT**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about December 3, 2024, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a, “Dre,”

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT NINE**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about December 23, 2024, at Chicago Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a, "Dre,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT TEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 30, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

JENNIFER SCIANNI and
QADRY AUSTIN, a/k/a, "Dre,"

defendants herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about March 11, 2025, at Chicago Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a, "Dre," and
MICHAEL NOLL, a/k/a "White Mike,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT TWELVE**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about April 23, 2025, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a "Dre,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THIRTEEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about June 5, 2025, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a "Dre,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT FOURTEEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about July 28, 2025, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a "Dre,"

defendant herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 11, 2025, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a, “Dre,”

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about December 23, 2025, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a, "Dre,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyll] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT SEVENTEEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

1. On or about March 5, 2026, at Chicago Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a, "Dre,"
KAPLAN MITCHELL, and
REGINALD RICHMOND, a/k/a "Dabo,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

2. Before defendant REGINALD RICHMOND a/k/a "Dabo," committed the offense charged in this count, REGINALD RICHMOND had a final conviction for a serious drug felony, namely, a conviction in Case Number 20 CR 308-8 (United States District Court for the Northern District of Illinois, Eastern Division), for knowingly and intentionally possessing with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), for which he served more than 12 months' imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**COUNT EIGHTEEN**

The SPECIAL APRIL 2025 GRAND JURY further charges:

Beginning no later than on or about October 28, 2024, and continuing until on or about July 28, 2025, at Ford Heights, in the Northern District of Illinois, Eastern Division, and elsewhere,

QADRY AUSTIN, a/k/a "Dre,"

defendant herein, not being a licensed importer, manufacturer, and dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this superseding indictment, defendants shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. If any of the property described above, as a result of any act or omission by defendants: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

______________________________

FOREPERSON

______________________________

UNITED STATES ATTORNEY